

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00164-CV

**IN RE AGON4, LLC** and Texas Premium Beverage Corp.

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Adrian A. Spears II, Justice

Delivered and Filed: April 15, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

Relators, AGON4, LLC and Texas Premium Beverage Corp., filed their petition for writ of mandamus and accompanying record on March 2, 2026. On March 3, 2026, relators filed a motion to stay the underlying proceedings pending resolution of the petition for writ of mandamus. Having considered the petition, motion, and accompanying record, this court has determined that relators have not established that they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The motion for temporary relief is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025-ED2-00018, styled *San Antonio Metropolitan Transit Authority c/b/a Via Metropolitan Transit v. AGON4, LLC*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Veronica Vasquez presiding.